IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT SZWEDA,

                Plaintiff,

  v.

GUY REYNOLDS,

                Defendant.

ORDER

16-cv-200-wmc

---

In an order entered on June 5, 2017, this court dismissed plaintiff Robert Szweda's complaint because it: (1) did not comply with Federal Rule of Civil Procedure 8, and (2) failed to establish a basis for this court's exercise of subject matter jurisdiction. Szweda was given until July 17, 2017, to submit a proposed amended complaint addressing these deficiencies, as explained in the June 5 order. In addition, Szweda was warned that a failure to respond to the court's order would result in dismissal of this case. It is now well past Szweda's July 17 deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed enter judgment in favor of defendant and close this case.

Entered this 10th of August, 2017.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge