IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT SZWEDA,

    Plaintiff,                    JUDGMENT IN A CIVIL CASE

  v.                                    Case No. 16-cv-200-wmc

GUY REYNOLDS,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Guy Reynolds dismissing plaintiff Robert Szweda's case.

| /s/ | 8/10/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |